# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1700
_____

ISAAC DAVID MAYNARD,

Appellant,

v.

VANESSA RENDE f/n/a VANESSA
MAYNARD,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Kathryn R. Land, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andrew J. Decker, IV of The Decker Law Firm, P.A., Lake City, for Appellant.

Vanessa Rende, pro se, Appellee.